UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN L. JOHNSTON,
    Plaintiff

v.                                                    C.A. 09-167 S

URBAN LEAGUE OF RHODE
ISLAND, INC. and DENNIS
B. LANGLEY,
    Defendants

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on July 8th, 2009 (document #12) and October 16th, 2009 (document #50), in the above-captioned matter are hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #12) is DENIED, Defendant Langley's Motion to Dismiss (document # 8) is GRANTED as to Counts III, IV, VI, and VII, and, Defendant Langley's Second Motion to Dismiss (document #45) is DENIED. Further, Defendants are directed to file their answers to the Amended Complaint (document #46) within 10 days of the filing of this order.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 10/13/09