UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Kevin L. Johnson

v.

CA 09-167M

Urban League of Rhode Island, Inc.
And Dennis B. Langley

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 17, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion for Summary Judgment is GRANTED as to Counts I, III, V and VI and DENIED as to Counts II, IV and VII.

BY ORDER,

/s/ John J. McConnell, Jr.

John J. McConnell, Jr.
United States District Judge
June 8, 2011